UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN KING,                                    )
                                              )
                    Plaintiff,                )
                                              )          **JUDGMENT IN A CIVIL CASE**
           v.                                 )
                                              )          **CASE NO. 5:17-CV-437-D**
NANCY A. BERRYHILL, Acting Commissioner       )
of Social Security,                           )
                    Defendant.                )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

<u>**This Judgment Filed and Entered on March 19, 2018, and Copies To:**</u>
Charlotte Williams Hall                      (via CM/ECF electronic notification)
Lisa M. Rayo                                 (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK
March 19, 2018                               (By)  /s/ Nicole Briggeman
                                              Deputy Clerk